# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| HYUNDAI STEEL COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>    Defendant,<br><br>and<br><br>NUCOR CORPORATION and UNITED STATES STEEL CORPORATION,<br><br>    Defendant-Intervenors. | Before: Jennifer Choe-Groves, Judge<br><br>Court No. 20-03799 |

## ORDER

Upon consideration of the request to stay further briefing pending the court's decision on Defendant's Response to Plaintiff's Motion for Judgment on the Agency Record and Defendant's Motion for Voluntary Remand, ECF No. 33; and all other papers and proceedings in this action, it is hereby

**ORDERED** that Scheduling Order, ECF No. 29, is stayed.

                                                                                          /s/ Jennifer Choe-Groves
                                                                                      Jennifer Choe-Groves, Judge

Dated:   June 17, 2021
         New York, New York